IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41509
Conference Calendar

_____


GERALD GLEN SHED,

                                          Plaintiff-Appellant,

versus

DOYLE MCLVANEY ET AL.,

                                          Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-96-CV-523
- - - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Gerald Glen Shed, Texas prisoner # 658933, appeals the
district court's 28 U.S.C. § 1915(e)(2) dismissal as frivolous of
his pro se, in forma pauperis civil rights lawsuit, pursuant to
42 U.S.C. § 1983.  Shed's sole argument on appeal is that being
forced to work even though he was never sentenced to hard labor
subjects him to involuntary servitude in violation of the
Thirteenth Amendment.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Shed acknowledges in his complaint that he may choose not to work but will lose good-time and work-time credits if he so chooses. Because he has a choice in refusing to work, albeit a "painful" one, Shed's Thirteenth-Amendment claim is meritless. See Watson v. Graves, 909 F.2d 1549, 1552 (5th Cir. 1990). His appeal is therefore dismissed as frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

Shed is cautioned that any future frivolous appeals or pleadings filed by him or on his behalf will invite the imposition of sanctions. He should therefore review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.